UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IT INVEST FINANCIAL SOLUTIONS (CYPRUS), LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>EVC FINTECH I LLC, and EVC FINTECH MANAGEMENT LLC.<br><br>Defendants. | Case No. 3:21-cv-08291<br><br>**[PROPOSED] ORDER GRANTING EVC DEFENDANTS' MOTION TO COMPEL ARBITRATION OR ALTERNATIVELY TO DISMISS** |

## [PROPOSED] ORDER

This matter comes before the Court on the motion to compel arbitration or alternatively to dismiss by Defendants EVC Fintech I LLC and EVC Fintech Management LLC (together, "EVC"). Based upon a review of the pleadings, the motion, and the governing caselaw, EVC's motion is **GRANTED** for the reasons satisfactorily explained in the motion. This action is **DISMISSED**, and the clerk is directed to **CLOSE** the case.

SO ORDERED in San Francisco, California, on _____, 2021.

_____
United States District Judge