1  MAYER BROWN LLP
   Matthew H. Marmolejo (SBN 242964)
2  350 South Grand Ave., 25th Floor
   Los Angeles, CA 90071-1503
3  mmarmolejo@mayerbrown.com
   Telephone:    (213) 621-9483
4  Facsimile:    (213) 576-8185

5  Alex C. Lakatos (SBN 182108)
   Richard M. Rosenfeld*
6  1999 K St. NW
   Washington, DC 20006
7  alakatos@mayerbrown.com
   rrosenfeld@mayerbrown.com
8  Telephone:    (202) 263-3312
9  Facsimile:    (202) 263-5312

10 *Counsel for EVC Fintech I LLC and*
   *EVC Fintech Management LLC*
11

12                    IN THE UNITED STATES DISTRICT COURT

13                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

14 | IT INVEST FINANCIAL SOLUTIONS      | Case No. 3:21-cv-08291-AGT
   | (CYPRUS), LIMITED,
15 |                                    | **CERTIFICATION OF INTERESTED
   |          Plaintiff,                | ENTITIES OR PERSONS BY
16 |                                    | DEFENDANTS EVC FINTECH I LLC
   | v.                                 | AND EVC FINTECH MANAGEMENT
17 |                                    | LLC**
   | EVC FINTECH I LLC, and EVC FINTECH
18 | MANAGEMENT LLC.
19 |          Defendants.

20
21   **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS BY EVC FINTECH I
             LLC AND EVC FINTECH MANAGEMENT LLC**

22         Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons,

23 associations of persons, firms, partnerships, corporations (including parent corporations) or other

24 entities (i) have a financial interest in the subject matter in controversy or in a party to the

25 proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

26 substantially affected by the outcome of this proceeding: Roman Sobachevskiy, as principal of

27 EVC Fintech Management LLC.

28

| | | |
|---|---|---|
| 1 | DATED: October 26, 2021 | MAYER BROWN LLP<br>MATTHEW H. MARMOLEJO |
| 2 | | ALEX C. LAKATOS<br>RICHARD M. ROSENFELD* |

By: _/s/ Matthew H. Marmolejo_
        Matthew H. Marmolejo

*Counsel for EVC Fintech I LLC and EVC Fintech Management LLC*

\* = *pro hac vice* forthcoming