1  NOSSAMAN LLP
   PATRICK J. RICHARD (SBN 131046)
2  prichard@nossaman.com
   ILSE C. SCOTT (SBN 233433)
3  iscott@nossaman.com
   50 California Street, 34th Floor
4  San Francisco, CA 94111
   Telephone:   415.398.3600
5  Facsimile:   415.398.2438

6  Attorneys for Plaintiff
   IT INVEST FINANCIAL SOLUTIONS (CYPRUS) LIMITED
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 | IT INVEST FINANCIAL SOLUTIONS       | Case No: 4:21-cv-08291-YGR
   | (CYPRUS) LIMITED, a private limited |
11 | company,                            | **JOINT STIPULATION OF DISMISSAL**
   |                                     | **WITHOUT PREJUDICE**
12 |          Plaintiff,                 |
13 |     vs.                             |
14 | EVC FINTECH I LLC, a limited liability |
   | company, and EVC FINTECH           |
15 | MANAGEMENT LLC, a limited liability |
   | company,                            |
16 |                                     |
17 |          Defendants.                |

1  WHEREAS, IT Invest Financial Solutions (Cyprus) Limited ("ITI") as Claimant and
2  EVC Fintech I LLC and EVC Fintech Management LLC (together, "EVC") as Respondents are
3  parties to an arbitration before JAMS under JAMS' International Arbitration Rules (the
4  "Arbitration");

5  WHEREAS, or about September 17, 2021, ITI submitted a Complaint for filing in the
6  Superior Court of California, County of San Francisco (the "Superior Court"), which sought
7  injunctive relief in aid of the Arbitration;

8  WHEREAS, on September 23, 2021, ITI requested that the Clerk of the Superior Court
9  not process the Complaint or create a case based on the Complaint, because ITI had determined
10  it would not proceed with the Complaint in the Superior Court;

11  WHEREAS, on September 23, 2021, the Clerk of the Superior Court advised ITI that it
12  had rejected the filing of the Complaint at ITI's request, and therefore, the Clerk of the Superior
13  Court did not process the Complaint for filing, no case number was created, and no case was
14  opened for the Complaint in the Superior Court;

15  WHEREAS, EVC obtained a copy of the Complaint through a court monitoring vendor,
16  and on October 22, 2021, the vendor advised EVC that ITI's case "will be assigned a number
17  any day now, as cases filed around 9/17 are currently getting docketed," and EVC was unaware
18  that ITI had elected not to proceed in the Superior Court;

19  WHEREAS, on October 25, 2021 EVC filed in this Court EVC's Notice of Removal,
20  Notice of Motion and Motion to Compel Arbitration or Alternatively to Dismiss Pursuant to Rule
21  12(b)(6); and

22  WHEREAS, as no underlying case was ultimately opened in the Superior Court, the
23  parties have conferred and agreed to execute this stipulation to dismiss this above-captioned
24  proceeding without prejudice, with each party to bear its own associated costs and fees.

25  NOW THEREFORE, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all
26  parties in the above-caption civil action, by and through their respective undersigned counsel,
27  hereby agree that this action shall be dismissed in its entirety and without prejudice, with each
28  party to bear its own costs and attorneys' fees.

1   IT IS SO STIPULATED.

2

3   Date: November 12, 2021          NOSSAMAN LLP
                                     PATRICK J. RICHARD
4                                    ILSE C. SCOTT

5                                    By:  /s/ *Ilse C. Scott*
                                            Ilse C. Scott
6
                                     Attorneys for Plaintiff
7                                    IT INVEST FINANCIAL SOLUTIONS
                                     (CYPRUS) LIMITED
8

9   Date: November 12, 2021          MAYER BROWN LLP

10                                   By:  /s/ *Alex C. Lakatos*
                                            Alex C. Lakatos
11
                                     Attorneys for Respondents
12                                   EVC FINTECH MANAGEMENT LLC, EVC
                                     FINTECH I LLC
13

14

15  Pursuant to Civ. L.R. 5-1(i)(3), the filer attests that concurrence in the filing of the

16  document has been obtained from the other signatory above.

17

18  Date: November 12, 2021          NOSSAMAN LLP
                                     PATRICK J. RICHARD
19                                   ILSE C. SCOTT

20                                   By:  /s/ *Ilse C. Scott*
                                            Ilse C. Scott
21
                                     Attorneys for Plaintiff
22                                   IT INVEST FINANCIAL SOLUTIONS
                                     (CYPRUS) LIMITED
23

24

25

26

27

28